UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

Order Filed on June 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SUSAN C. FRACZKIEWICZ,

      Debtor

Case No.: 18-15793-KCF

Judge: Kathryn C. Ferguson

## CONSENT ORDER SETTLING OBJECTION TO CONFIRMATION BY CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE N.A.

The Relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: June 5, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Susan C. Fraczkiewicz |
| Case No.: | 18-15793-KCF |
| Caption of Order: | Consent Order Settling Objection to Confirmation |

Upon the Objection to Confirmation of Capital One Auto Finance, a Division of Capital One N.A. ("COAF"), and whereas the Debtor and COAF seek to resolve the Objection; it is hereby stipulated and agreed to that:

1. The Debtor owns a 2011 KIA Forte-4 Cyl. Sedan 4D EX, V.I.N. KNAFU4A26B5437624, securing a lien held by COAF.

2. COAF shall be paid $3,227.66 plus 4.00% interest for sixty (60) months shall be paid as a secured claim to COAF through the Bankruptcy Plan by the Chapter 13 Trustee. Payments will total $3,566.54.

3. The remainder of COAF's claim shall be treated as a general unsecured claim.

4. COAF shall retain its lien on the 2011 KIA Forte-4 Cyl. Sedan 4D EX until the Debtor completes her Chapter 13 Plan and receives her discharge.

5. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 case due to dismissal, termination, or conversion, this agreement is not binding upon the parties.

3
Debtor: Susan C. Fraczkiewicz
Case No.: 18-15793-KCF
Caption of Order: Consent Order Settling Objection to Confirmation

We hereby Consent to the form and entry of the foregoing Order.

_____
Candyce Ilene Smith-Sklar, Esquire
Law Offices of Sklar Smith-Sklar
1901 North Olden Avenue
Ewing Professional Park
Suite 22
Ewing, NJ 08618
Attorney for Debtor

_____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107
Attorney for Capital One Auto Finance,
A Division of Capital One N.A.