UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

Order Filed on June 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SUSAN C. FRACZKIEWICZ,

          Debtor

Case No.: 18-15793-KCF

Judge: Kathryn C. Ferguson

## CONSENT ORDER SETTLING OBJECTION TO CONFIRMATION BY CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE N.A.

The Relief set forth on the following pages, numbered two (2) through three (3) is hereby

ORDERED.

**DATED: June 5, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

2

Debtor: Susan C. Fraczkiewicz
Case No.: 18-15793-KCF
Caption of Order: Consent Order Settling Objection to Confirmation

Upon the Objection to Confirmation of Capital One Auto Finance, a Division of Capital One N.A. ("COAF"), and whereas the Debtor and COAF seek to resolve the Objection; it is hereby stipulated and agreed to that:

1. The Debtor owns a 2011 KIA Forte-4 Cyl. Sedan 4D EX, V.I.N. KNAFU4A26B5437624, securing a lien held by COAF.

2. COAF shall be paid $3,227.66 plus 4.00% interest for sixty (60) months shall be paid as a secured claim to COAF through the Bankruptcy Plan by the Chapter 13 Trustee. Payments will total $3,566.54.

3. The remainder of COAF's claim shall be treated as a general unsecured claim.

4. COAF shall retain its lien on the 2011 KIA Forte-4 Cyl. Sedan 4D EX until the Debtor completes her Chapter 13 Plan and receives her discharge.

5. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 case due to dismissal, termination, or conversion, this agreement is not binding upon the parties.

3
Debtor: Susan C. Fraczkiewicz
Case No.: 18-15793-KCF
Caption of Order: Consent Order Settling Objection to Confirmation

We hereby Consent to the form and entry of the foregoing Order.

_____
Candyce Ilene Smith-Sklar, Esquire
Law Offices of Sklar Smith-Sklar
1901 North Olden Avenue
Ewing Professional Park
Suite 22
Ewing, NJ 08618
Attorney for Debtor

_____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107
Attorney for Capital One Auto Finance,
A Division of Capital One N.A.

United States Bankruptcy Court
District of New Jersey

In re:  
Susan C. Fraczkiewicz  
    Debtor

Case No. 18-15793-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 05, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.
db          +Susan C. Fraczkiewicz,    449 Silvia Street,    Trenton, NJ 08628-3235

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:
        Albert  Russo   docs@russotrustee.com
        Candyce Ilene Smith-Sklar   on behalf of Debtor Susan C. Fraczkiewicz mail@njpalaw.com
        Denise E. Carlon   on behalf of Creditor   HomeBridge Financial Services, Inc.
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Jason Brett Schwartz   on behalf of Creditor   Capital One Auto Finance
         jschwartz@mesterschwartz.com
        Rebecca Ann Solarz   on behalf of Creditor   HomeBridge Financial Services, Inc.
         rsolarz@kmllawgroup.com
        Richard B. Linderman   on behalf of Creditor   Heritage Crossing Condominium rbl@ansellgrimm.com,
         edb@ansellgrimm.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                TOTAL: 7