| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>LAW OFFICES OF SKLAR SMITH-SKLAR<br>1901 N. Olden Avenue, Suite 22<br>Ewing, NJ 08618<br>(609) 882-9800 Fax: (609) 538-1399<br>CANDYCE I. SMITH-SKLAR<br><br>In Re:<br><br>SUSAN C. FRACZKIEWICZ<br><br>    Debtors | Order Filed on March 15, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:    18-15793-KCF<br><br>Chief Judge: Kathryn C Ferguson<br><br>Chapter:    13<br><br>Hearing:    3/13/19; 9:00 am |

## ORDER ALLOWING DEBTOR TO ENGAGE IN LOSS MITIGATION

    The relief set forth on the following pages, numbered (2) through (2) is hereby ORDERED

**DATED: March 15, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Susan C Fraczkiewicz
Case No.: 18-15793
Caption: Order Allowing Debtor to Engage in Loss Mitigation

This matter being opened to the Court by the Law Office of Sklar Smith-Sklar attorney for the debtor(s), and

It appearing that a Notice of Motion has heretofore been circulated to the creditor(s) of the Debtor for which the Debtor seeks to engage in Loss Mitigation, and

It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the Debtor(s) and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

Good and sufficient cause appearing of the entry of this Order,

It is on this __15__ day of __March__, 2019,

ORDERED AND ADJUDGED as follows, to wit:

1. The Debtor shall be allowed to Engage in Loss Mitigation; and
2. The Debtor shall file Request for Loss Mitigation within 10 days.