Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−15793−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Susan C. Fraczkiewicz
  449 Silvia Street
  Trenton, NJ 08628

Social Security No.:
  xxx−xx−8435

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/10/19 at 09:00 AM

to consider and act upon the following:

*42* − Notice of Request for Loss Mitigation re:Shellpoint Mortgage Servicing, filed by Candyce Ilene Smith−Sklar on behalf of Susan C. Fraczkiewicz. Objection deadline is 04/2/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Smith−Sklar, Candyce)

Dated: 3/20/19

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court