UNITED STATES BANKRUPTCY COURT    :
DISTRICT OF NEW JERSEY    :
    :
LAW OFFICES OF SKLAR SMITH-SKLAR    :
1901 N. Olden Avenue, Suite 22    :
Ewing, NJ 08618    :
(609) 882-9800 Fax: (609) 538-1399    :
CANDYCE I. SMITH-SKLAR    :
    :
    :    Case No.:    18-15793-KCF
_____    :
In Re:
    :    Chief Judge: Kathryn C Ferguson
SUSAN C. FRACZKIEWICZ    :
    :    Chapter:    13
    Debtors    :
_____    :    Hearing:    3/13/19; 9:00 am

**Order Filed on March 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## ORDER ALLOWING DEBTOR TO ENGAGE IN LOSS MITIGATION

The relief set forth on the following pages, numbered (2) through (2) is hereby ORDERED

**DATED: March 15, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:        Susan C Fraczkiewicz
Case No.:      18-15793
Caption:       Order Allowing Debtor to Engage in Loss Mitigation


This matter being opened to the Court by the Law Office of Sklar Smith-Sklar attorney for the debtor(s), and

It appearing that a Notice of Motion has heretofore been circulated to the creditor(s) of the Debtor for which the Debtor seeks to engage in Loss Mitigation, and

It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the Debtor(s) and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

Good and sufficient cause appearing of the entry of this Order,

It is on this    15    day of    March    ,2019,

ORDERED AND ADJUDGED as follows, to wit:

1.  The Debtor shall be allowed to Engage in Loss Mitigation; and
2.  The Debtor shall file Request for Loss Mitigation within 10 days.

United States Bankruptcy Court
District of New Jersey

In re:
Susan C. Fraczkiewicz
          Debtor

Case No. 18-15793-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Mar 18, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2019.
db            +Susan C. Fraczkiewicz,    449 Silvia Street,    Trenton, NJ 08628-3235

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Candyce Ilene Smith-Sklar   on behalf of Debtor Susan C. Fraczkiewicz mail@njpalaw.com,
           r56958@notify.bestcase.com
          Denise E. Carlon   on behalf of Creditor   HomeBridge Financial Services, Inc.
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Loss Mitigation   Cenlar Mortgage dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jason Brett Schwartz   on behalf of Creditor   Capital One Auto Finance
           jschwartz@mesterschwartz.com
          Joseph Andrew Kutschman, III   on behalf of Creditor   Heritage Crossing Condominium
           jkutschman@cutolobarros.com
          Rebecca Ann Solarz   on behalf of Creditor   HomeBridge Financial Services, Inc.
           rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 8