Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

    Case No.:  18−15793−KCF
    Chapter:  13
    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Susan C. Fraczkiewicz
    449 Silvia Street
    Trenton, NJ 08628

Social Security No.:
    xxx−xx−8435

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/10/19 at 09:00 AM

to consider and act upon the following:

*42* − Notice of Request for Loss Mitigation re:Shellpoint Mortgage Servicing, filed by Candyce Ilene Smith−Sklar on behalf of Susan C. Fraczkiewicz. Objection deadline is 04/2/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Smith−Sklar, Candyce)


Dated: 3/20/19

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Susan C. Fraczkiewicz  
    Debtor

Case No. 18-15793-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 20, 2019  
                 Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2019.  
aty         +KML Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812  
lm          +Shellpoint Mortgage Servicing,    PO Box 619063,    Dallas, TX 75261-9063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2019 at the address(es) listed below:

         Albert Russo    docs@russotrustee.com  
         Candyce Ilene Smith-Sklar    on behalf of Debtor Susan C. Fraczkiewicz mail@njpalaw.com, r56958@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Loss Mitigation    Cenlar Mortgage dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com  
         Joseph Andrew Kutschman, III    on behalf of Creditor    Heritage Crossing Condominium jkutschman@cutolobarros.com  
         Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc. rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                             TOTAL: 8