Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–15793–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Susan C. Fraczkiewicz
449 Silvia Street
Trenton, NJ 08628

Social Security No.:
xxx–xx–8435

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 2, 2018.

On 07/08/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: August 12, 2020
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 8, 2020
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Susan C. Fraczkiewicz  
    Debtor

Case No. 18-15793-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jul 08, 2020  
                      Form ID: 185     Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.

```
db           +Susan C. Fraczkiewicz,    449 Silvia Street,    Trenton, NJ 08628-3235
aty          +KML Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
lm           +Cenlar Mortgage,    PO Box 77404,    Ewing, NJ 08628-6404
cr           +Heritage Crossing Condominium,    Ansell Grimm & Aaron,    214 Carnegie Center, Ste. 112,
               Princeton, NJ 08540-6237
lm           +Shellpoint Mortgage Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517408769    +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517487669     Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
517408775    +Credit First National Assoc,    Attn: BK Credit Operations,    Po Box 81315,
               Cleveland, OH 44181-0315
517408777    +Credit Union Of N J,    Po Box 7921,    Ewing, NJ 08628-0921
517408778    +First National Credit Card/Legacy,    First National Credit Card,    Po Box 5097,
               Sioux Falls, SD 57117-5097
517408779    +First Svgs Bk-blaze,    Po Box 5096,    Sioux Falls, SD 57117-5096
517408780    +Guidotti v. Legal Helpers Debt Resolutio,    c/o Settlement Administrator,    PO Box 404017,
               Louisville, KY 40233-4017
517519296    +Heritage Crossing Condominium Association, Inc.,    c/o Richard B. Linderman, Esquire,
               Ansell Grimm & Aaron PC,    214 Carnegie Center, Ste. 112,    Princeton, NJ 08540-6237
517408781    +Heritage Crossing condo Assoc,    c/o Access Property Management,
               4 Walter E. Foran Blvd. STE 311,    Flemington, NJ 08822-4668
517408782    +HomeBridge Financial Serv., Inc./Cenlar,    c/o KML Law Group, P.C.,
               216 Haddon Avenue, Ste 406,    Collingswood, NJ 08108-2812
517571498    +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
               Ewing, NJ 08618-1430
517408785    +Mobiloansllc,    P.O. Box 1409,    Marksville, LA 71351-1409
517938157    +New Penn Financial, LLC,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
               Greenville, SC 29603-0826
517885313     New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
               Greenville, SC  29603-0675
517885314     New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
               Greenville, SC  29603-0675,   New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10675,
               Greenville, SC  29603-0675
517408791    +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2020 00:48:52      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2020 00:48:50      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517408771    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2020 00:41:37      Capital One,
               Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517408772    +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 09 2020 00:41:55
               Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
517424564    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 09 2020 00:43:02
               Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
517424645    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 09 2020 00:40:26
               Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
               4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517408773    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 09 2020 00:42:50      Cardworks/CW Nexus,
               Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
517408774    +E-mail/Text: clientservices@credit-control.com Jul 09 2020 00:48:53      Central Loan Admin & R,
               425 Phillips Blvd,    Ewing, NJ 08618-1430
517408776    +E-mail/PDF: creditonebknotifications@resurgent.com Jul 09 2020 00:40:30      Credit One Bank Na,
               Po Box 98873,    Las Vegas, NV 89193-8873
517568615     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2020 00:41:53
               LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
               FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517566228     E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 09 2020 00:41:27      MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517408783     E-mail/Text: ml-ebn@missionlane.com Jul 09 2020 00:47:54      Lendup/tab Bank,    225 Bush St,
               San Francisco, CA 94104
517408784    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 09 2020 00:40:18      Merrick Bank,
               P.O. Box 9201,    Old Bethpage, NY 11804-9001
517524473    +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2020 00:48:50      Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
517443121     E-mail/PDF: cbp@onemainfinancial.com Jul 09 2020 00:42:45      ONEMAIN,    PO BOX 3251,
               EVANSVILLE, IN. 47731-3251
517408786    +E-mail/PDF: cbp@onemainfinancial.com Jul 09 2020 00:42:46      OneMain Financial,
               Attn: Bankruptcy Department,    601 Nw 2nd St #300,    Evansville, IN 47708-1013
517682797     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2020 00:41:46
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
```

```
District/off: 0312-3          User: admin               Page 2 of 2                   Date Rcvd: Jul 08, 2020
                              Form ID: 185              Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517682798         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2020 00:40:34
                   Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                   Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517408787        +E-mail/PDF: cbp@onemainfinancial.com Jul 09 2020 00:40:13      Springleaf Fin Srvcs F,
                   601 Nw 2nd St,    Evansville, IN 47708-1013
517408788        +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 00:40:19      Synchrony Bank/ JC Penneys,
                   Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517408789        +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 00:40:19      Synchrony Bank/ Old Navy,
                   Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517408790        +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 00:41:31      Synchrony Bank/Sams,
                   Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517938158          New Penn Financial, LLC,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                   Greenville, SC 29603-0675,    New Penn Financial, LLC,    Shellpoint Mortgage Servicing
517559597*       +Midland Funding LLC,    PO Box 2011,   Warren, MI 48090-2011
517408770       ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Susan C. Fraczkiewicz mail@njpalaw.com,
               r56958@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Cenlar Mortgage dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Joseph Andrew Kutschman, III    on behalf of Creditor    Heritage Crossing Condominium
               jkutschman@cutolobarros.com, ecourts@cutolobarros.com
              Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```