**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security          **0** Assumption of Executory Contract or Unexpired Lease          **0** Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:      **Susan C Fraczkiewicz**                                    Case No.:                    **18-15793**
                                                                        Judge:

                              Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original                          ■ Modified/Notice Required          Date:
☐ Motions Included                  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.***

THIS PLAN:

■ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ■ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ■ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Initial Debtor(s)' Attorney _____      Initial Debtor:  **SCF**_____      Initial Co-Debtor  _____

## Part 1:  Payment and Length of Plan

a.  The debtor shall pay  \_\_443.00  Monthly\*\_  to the Chapter 13 Trustee, starting on \_\_\_ for approximately **60** months.

b.  The debtor shall make plan payments to the Trustee from the following sources:
- ■   Future Earnings
- ☐   Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:
- ☐   Sale of real property
    Description:
    Proposed date for completion:        _____

- ☐   Refinance of real property:
    Description:
    Proposed date for completion:        _____

- ☐   Loan modification with respect to mortgage encumbering property:
    Description:
    Proposed date for completion:        _____

d.   ☐   The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.   ☐   Other information that may be important relating to the payment and length of plan:

## Part 2:  Adequate Protection                    X NONE

a.  Adequate protection payments will be made in the amount of $\_\_\_ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to \_\_\_ (creditor).

b.  Adequate protection payments will be made in the amount of $\_\_\_ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: \_\_\_ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **candyce smith-sklar** | **Attorney Fees** | **1,800.00** |
| **Heritage Crossing condo Assoc** | **Taxes and certain other debts** | **1,240.83** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
- ■ None
- ☐ The allowed priority claims listed below are based on a domestic support obligation that has been

2

assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|----------|------------------|--------------|-------------------|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|----------|----------------------------|-----------|----------------------------|------------------------------------------|-----------------------------------------|

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|----------|----------------------------|-----------|----------------------------|------------------------------------------|-----------------------------------------|

### c. Secured claims excluded from 11 U.S.C. 506: ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|------------------|------------|---------------|-----------------|------------------------------------------------------------------|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ■ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|----------|------------|----------------|------------------------|----------------|-------------------------------------------|----------------------|-------------------------|

3

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender ■ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan □ NONE**

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| **Central Loan Admin & R** |

**g. Secured Claims to be Paid in Full Through the Plan □ NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **Capital One Auto Finance** | **2011 Kia Forte 99,107 miles Capital One Auto 172/month** | **3,228.00** |

## Part 5:  Unsecured Claims        ■ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

□ Not less than $____ to be distributed *pro rata*

□ Not less than ___ percent

■ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:  Executory Contracts and Unexpired Leases        X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7:  Motions        X NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be**

4

**filed with the Clerk of Court when the plan and transmittal notice are served.**

### a.  Motion to Avoid Liens under 11 U.S.C. Section 522(f). ■ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured. ■ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

### c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.  ■ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8:  Other Plan Provisions

### a. Vesting of Property of the Estate
- ■ Upon Confirmation
- □ Upon Discharge

### b.  Payment Notices
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c.  Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

### d.  Post-Petition Claims

5

The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:  Modification    ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified:.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **Modified plan to remove pre-petition mortgage arrears since debtor received a loan modification** | **Plan modified to remove pre-petition mortgage arrears since debtor received a loan modification.** |

Are Schedules I and J being filed simultaneously with this Modified Plan?     ☐ Yes          ■ No

## Part 10 :  Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
■ Explain here:
**\*This plan is a step plan or has lumpsum payments as follows: $443.00 per month for 28 months, then $169.00 per month for 32 months**

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:  **July  8, 2020**                                   **/s/ Susan C Fraczkiewicz**
                                                                      **Susan C Fraczkiewicz**
                                                                      Debtor

Date:  _____

                                                                      _____
                                                                      Joint Debtor

Date  **July  8, 2020**                                   **/s/ candyce smith-sklar**
                                                                      **candyce smith-sklar**
                                                                      Attorney for the Debtor(s)

6

United States Bankruptcy Court
District of New Jersey

In re:
Susan C. Fraczkiewicz
    Debtor

Case No. 18-15793-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Jul 08, 2020
                  Form ID: pdf901     Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
```
db              +Susan C. Fraczkiewicz,   449 Silvia Street,   Trenton, NJ 08628-3235
aty             +KML Group, P.C.,   216 Haddon Avenue,   Suite 406,   Westmont, NJ 08108-2812
lm              +Cenlar Mortgage,   PO Box 77404,   Ewing, NJ 08628-6404
cr              +Heritage Crossing Condominium,   Ansell Grimm & Aaron,   214 Carnegie Center, Ste. 112,
                 Princeton, NJ 08540-6237
lm              +Shellpoint Mortgage Servicing,   PO Box 619063,   Dallas, TX 75261-9063
517408769       +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
517487669        Credit First NA,   PO Box 818011,   Cleveland, OH 44181-8011
517408775       +Credit First National Assoc,   Attn: BK Credit Operations,   Po Box 81315,
                 Cleveland, OH 44181-0315
517408777       +Credit Union Of N J,   Po Box 7921,   Ewing, NJ 08628-0921
517408778       +First National Credit Card/Legacy,   First National Credit Card,   Po Box 5097,
                 Sioux Falls, SD 57117-5097
517408779       +First Svgs Bk-blaze,   Po Box 5096,   Sioux Falls, SD 57117-5096
517408780       +Guidotti v. Legal Helpers Debt Resolutio,   c/o Settlement Administrator,   PO Box 404017,
                 Louisville, KY 40233-4017
517519296       +Heritage Crossing Condominium Association, Inc.,   c/o Richard B. Linderman, Esquire,
                 Ansell Grimm & Aaron PC,   214 Carnegie Center, Ste. 112,   Princeton, NJ 08540-6237
517408781       +Heritage Crossing condo Assoc,   c/o Access Property Management,
                 4 Walter E. Foran Blvd. STE 311,   Flemington, NJ 08822-4668
517408782       +HomeBridge Financial Serv., Inc./Cenlar,   c/o KML Law Group, P.C.,
                 216 Haddon Avenue, Ste 406,   Collingswood, NJ 08108-2812
517571498       +HomeBridge Financial Services, Inc.,   c/o Cenlar FSB,   425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517408785       +Mobiloansllc,   P.O. Box 1409,   Marksville, LA 71351-1409
517938157       +New Penn Financial, LLC,   Shellpoint Mortgage Servicing,   P.O. Box 10826,
                 Greenville, SC 29603-0826
517885313        New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10675,
                 Greenville, SC  29603-0675
517885314        New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10675,
                 Greenville, SC  29603-0675,   New Penn Financial, LLC d/b/a Shellpoint,   P.O. Box 10675,
                 Greenville, SC  29603-0675
517408791       +Wells Fargo Dealer Services,   Attn: Bankruptcy,   Po Box 19657,   Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2020 00:48:52     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2020 00:48:50     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517408771       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2020 00:40:24     Capital One,
                 Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517408772       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 09 2020 00:41:55
                 Capital One Auto Finance,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
517424564       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 09 2020 00:43:02
                 Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517424645       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 09 2020 00:43:02
                 Capital One Auto Finance, a division of Capital On,   AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
517408773       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 09 2020 00:41:28     Cardworks/CW Nexus,
                 Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
517408774       +E-mail/Text: clientservices@credit-control.com Jul 09 2020 00:48:53     Central Loan Admin & R,
                 425 Phillips Blvd,   Ewing, NJ 08618-1430
517408776       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 09 2020 00:43:06     Credit One Bank Na,
                 Po Box 98873,   Las Vegas, NV 89193-8873
517568615        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2020 00:41:54
                 LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
                 FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517566228        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 09 2020 00:42:50     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517408783        E-mail/Text: ml-ebn@missionlane.com Jul 09 2020 00:47:54     Lendup/tab Bank,   225 Bush St,
                 San Francisco, CA 94104
517408784       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 09 2020 00:40:18     Merrick Bank,
                 P.O. Box 9201,   Old Bethpage, NY 11804-9001
517524473       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2020 00:48:50     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517443121        E-mail/PDF: cbp@onemainfinancial.com Jul 09 2020 00:41:32     ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
517408786       +E-mail/PDF: cbp@onemainfinancial.com Jul 09 2020 00:40:14     OneMain Financial,
                 Attn: Bankruptcy Department,   601 Nw 2nd St #300,   Evansville, IN 47708-1013
517682797        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2020 00:41:51
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Jul 08, 2020
                              Form ID: pdf901          Total Noticed: 43


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517682798        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2020 00:40:38
                   Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                   Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517408787       +E-mail/PDF: cbp@onemainfinancial.com Jul 09 2020 00:41:25        Springleaf Fin Srvcs F,
                   601 Nw 2nd St,   Evansville, IN 47708-1013
517408788       +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 00:40:19        Synchrony Bank/ JC Penneys,
                   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517408789       +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 00:41:32        Synchrony Bank/ Old Navy,
                   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517408790       +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 00:40:20        Synchrony Bank/Sams,
                   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
                                                                             TOTAL: 22


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517938158        New Penn Financial, LLC,   Shellpoint Mortgage Servicing,   P.O. Box 10826,
                   Greenville, SC 29603-0675,   New Penn Financial, LLC,   Shellpoint Mortgage Servicing
517559597*      +Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
517408770     ##+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                       TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Candyce Ilene Smith-Sklar    on behalf of Debtor Susan C. Fraczkiewicz mail@njpalaw.com,
           r56958@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services, Inc.
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Loss Mitigation   Cenlar Mortgage dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jason Brett Schwartz    on behalf of Creditor   Capital One Auto Finance
           jschwartz@mesterschwartz.com
          Joseph Andrew Kutschman, III    on behalf of Creditor   Heritage Crossing Condominium
           jkutschman@cutolobarros.com,  ecourts@cutolobarros.com
          Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc.
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 8
```