Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, **Susan C. Fraczkiewicz**

Order Filed on September 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **In the Matter of**: | Case No. 18-15793-MBK |
| | Chapter 13 |
| **Susan C. Fraczkiewicz** | |
| | Hearing Date: 9/1/2020; 9:00am |
| | Oral Argument Waived Unless |
| **Debtor(s)** | Objections Are Filed |

# ORDER PURSUANT TO NOTICE OF MOTION TO MODIFY/EXPUNGE CLAIM NO.: 9-1 OF CENLAR FSB

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: September 11, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The attorney for the Debtor having filed a motion to EXPUNGE mortgage arrears claim of Cenlar FSB, in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances,

It is hereby ORDERED AND DIRECTED that the secured proof of claim No.: 9-1 filed by Cenlar FSB, for pre-petition mortgage arrears, is hereby expunged; and:

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtors, and trustee and any other party who entered an appearance, on this motion.