Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
**Attorney for Debtor, Susan Fraczkiewicz**

Order Filed on September 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  |  |  |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No. 18-15793-MBK |
| Susan Fraczkiewicz | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | |

## AMENDED ORDER PURSUANT TO
## APPLICATION SEEKING ALLOWANCES FOR SERVICES RENDERED

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: September 13, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The attorney for the Debtor having filed an application for allowances for services rendered in this Chapter 13 hereby requests an Order granting compensation for services rendered.

It is hereby ORDERED AND DIRECTED that Debtor's attorney request for services is hereby GRANTED pursuant to 11 U.S.C. §503(b)(2) or §503(b)(4) in the amount of **$3,050.00** to be paid outside the Chapter 13 Plan in the reduced amount of **$1,850.00**.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 18-15793-MBK

Susan C. Fraczkiewicz  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2

Date Rcvd: Sep 14, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Susan C. Fraczkiewicz, 449 Silvia Street, Trenton, NJ 08628-3235 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Susan C. Fraczkiewicz njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation Cenlar Mortgage dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| Joseph Andrew Kutschman, III | on behalf of Creditor Heritage Crossing Condominium jkutschman@cutolobarros.com ecourts@cutolobarros.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Sep 14, 2022 | Form ID: pdf903 | Total Noticed: 1

Rebecca Ann Solarz
                on behalf of Creditor HomeBridge Financial Services  Inc. rsolarz@kmllawgroup.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8