| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Susan C. Fraczkiewicz<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8435<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–15793–MBK | |

## Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Susan C. Fraczkiewicz

<u>2/3/23</u>                                                          **By the court:** <u>Michael B. Kaplan</u>
                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Susan C. Fraczkiewicz  
    Debtor

Case No. 18-15793-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Feb 03, 2023     Form ID: 3180W     Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan C. Fraczkiewicz, 449 Silvia Street, Trenton, NJ 08628-3235 |
| lm | + | Cenlar Mortgage, PO Box 77404, Ewing, NJ 08628-6404 |
| cr | + | Heritage Crossing Condominium, Ansell Grimm & Aaron, 214 Carnegie Center, Ste. 112, Princeton, NJ 08540-6237 |
| lm | + | Shellpoint Mortgage Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 517408780 | + | Guidotti v. Legal Helpers Debt Resolutio, c/o Settlement Administrator, PO Box 404017, Louisville, KY 40233-4017 |
| 517519296 | + | Heritage Crossing Condominium Association, Inc., c/o Richard B. Linderman, Esquire, Ansell Grimm & Aaron PC, 214 Carnegie Center, Ste. 112, Princeton, NJ 08540-6237 |
| 517408781 | + | Heritage Crossing condo Assoc, c/o Access Property Management, 4 Walter E. Foran Blvd. STE 311, Flemington, NJ 08822-4668 |
| 517408782 | + | HomeBridge Financial Serv., Inc./Cenlar, c/o KML Law Group, P.C., 216 Haddon Avenue, Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 03 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 03 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517408769 | + | Email/PDF: bncnotices@becket-lee.com | Feb 03 2023 20:47:43 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517408770 | + | EDI: BANKAMER.COM | Feb 04 2023 01:39:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517408771 | + | EDI: CAPITALONE.COM | Feb 04 2023 01:39:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517408772 | + | EDI: CAPONEAUTO.COM | Feb 04 2023 01:39:00 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517424564 | + | EDI: AISACG.COM | Feb 04 2023 01:39:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517424645 | + | EDI: AISACG.COM | Feb 04 2023 01:39:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517408773 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 03 2023 20:47:38 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517408774 | + | Email/Text: clientservices@credit-control.com | Feb 03 2023 20:44:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |

| Recipient # | Method | Date/Time | Name/Address |
|---|---|---|---|
| 517487669 | EDI: CRFRSTNA.COM | Feb 04 2023 01:39:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 517408775 | + EDI: CRFRSTNA.COM | Feb 04 2023 01:39:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 517408776 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 03 2023 20:47:48 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517408777 | + Email/Text: bankruptcy@cunj.org | Feb 03 2023 20:44:00 | Credit Union Of N J, Po Box 7921, Ewing, NJ 08628-0921 |
| 517408778 | Email/Text: BNSFN@capitalsvcs.com | Feb 03 2023 20:43:00 | First National Credit Card/Legacy, First National Credit Card, Po Box 5097, Sioux Falls, SD 51117 |
| 517408779 | Email/Text: BNBLAZE@capitalsvcs.com | Feb 03 2023 20:43:00 | First Svgs Bk-blaze, Po Box 5096, Sioux Falls, SD 57117 |
| 517571498 | + Email/Text: BKelectronicnotices@cenlar.com | Feb 03 2023 20:43:00 | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517568615 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2023 20:47:42 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517566228 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 03 2023 20:47:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517408783 | Email/Text: ml-ebn@missionlane.com | Feb 03 2023 20:43:00 | Lendup/tab Bank, 225 Bush St, San Francisco, CA 94104 |
| 517408784 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 03 2023 20:47:47 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 517524473 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 03 2023 20:44:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517408785 | ^ MEBN | Feb 03 2023 20:41:27 | Mobiloansllc, P.O. Box 1409, Marksville, LA 71351-1409 |
| 517938157 | + Email/Text: mtgbk@shellpointmtg.com | Feb 03 2023 20:43:00 | New Penn Financial, LLC, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517885313 | Email/Text: mtgbk@shellpointmtg.com | Feb 03 2023 20:43:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517885314 | Email/Text: mtgbk@shellpointmtg.com | Feb 03 2023 20:43:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675, New Penn Financial, LLC d/b/a Shellpoint, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517443121 | EDI: AGFINANCE.COM | Feb 04 2023 01:39:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 517408786 | + EDI: AGFINANCE.COM | Feb 04 2023 01:39:00 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 517682797 | EDI: PRA.COM | Feb 04 2023 01:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517682798 | EDI: PRA.COM | Feb 04 2023 01:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517408787 | + EDI: AGFINANCE.COM | Feb 04 2023 01:39:00 | Springleaf Fin Srvcs F, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 517408788 | + EDI: RMSC.COM | Feb 04 2023 01:39:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Case 18-15793-MBK | Doc 82 | Filed 02/05/23 | Entered 02/06/23 00:14:24 | Desc Imaged |
| Certificate of Notice | | Page 5 of 5 | | |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 03, 2023 | Form ID: 3180W | Total Noticed: 43 |

| 517408789 | + EDI: RMSC.COM | Feb 04 2023 01:39:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517408790 | + EDI: RMSC.COM | Feb 04 2023 01:39:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517408791 | + EDI: WFFC2 | Feb 04 2023 01:39:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517938158 | | New Penn Financial, LLC, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, New Penn Financial, LLC, Shellpoint Mortgage Servicing |
| 517559597 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| aty | ##+ | KML Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Susan C. Fraczkiewicz njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation Cenlar Mortgage dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| Joseph Andrew Kutschman, III | on behalf of Creditor Heritage Crossing Condominium jkutschman@cutolobarros.com ecourts@cutolobarros.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7